**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed January 23, 2020.**



In The

# Fourteenth Court of Appeals

### NO. 14-20-00007-CR

## IN RE JOHNATHON KEITH  HENRY, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**182nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1199676**

## MEMORANDUM OPINION

On January 6, 2020, relator Johnathon Keith Henry filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2017); *see also* Tex. R. App. P. 52. In the petition, relator seeks to challenge his felony conviction for the offense of possession of a controlled substance with intent to deliver, which our court affirmed in *Henry v. State*, No. 14-10-00205-CR, 2011 WL

1160844 (Tex. App.—Houston [14th Dist.] Mar. 31, 2011, mem. op., not designated for publication).

Once a felony conviction becomes final, only the Texas Court of Criminal Appeals has jurisdiction to review post-conviction collateral attacks on those convictions. *See* Tex. Code Crim. Proc. Ann. art. 11.07; *Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991); *In re McAfee*, 53 S.W.3d 715, 717 (Tex. App.—Houston [1st Dist.] 2001, orig. proceeding).

Because relator complains about a final felony conviction and only the Court of Criminal Appeals has jurisdiction regarding his complaints, relator's petition for writ of mandamus is dismissed for want of jurisdiction.


PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.
Do Not Publish — Tex. R. App. P. 47.2(b).

2